No. 19. Missouri Pacific R. Co. et al. v. United States et al.

Argued October 16, 1934. Decided October 22, 1934. *Per Curiam:* The decree is affirmed. *New York Central Securities Co.* v. *United States,* 287 U. S. 12, 25–29; *Texas* v. *United States,* 292 U. S. 522, 531; *Virginian Ry.* v. *United States,* 272 U. S. 658, 663; *Mississippi Valley Barge Co.* v. *United States,* 292 U. S. 282, 286–287;

*Georgia Commission* v. *United States,* 283 U. S. 765, 775; *Assigned Car Cases,* 274 U. S. 564, 580–581; *Seaboard Air Line Ry. Co.* v. *United States,* 254 U. S. 57, 62; *Akron, Canton & Youngstown Ry. Co.* v. *United States,* 284 U. S. 575. *Mr. T. D. Gresham,* with whom *Messrs. Edw. J. White, H. H. Larimore, M. E. Clinton,* and *Herbert Fitzpatrick* were on the brief, for appellants. *Mr. Carl McFarland,* with whom *Solicitor General Biggs, Assistant Attorney General Stephens,* and *Messrs. Daniel W. Knowlton* and *Charles H. Weston* were on the brief, for the United States and Interstate Commerce Commission, appellees. *Mr. Ben C. Dey,* with whom *Messrs. J. H. Tallichet* and *John P. Bullington* were on the brief, for the Southern Pacific Co., appellee.